IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:14-CV-00178-H

| | |
|---|---|
| GUSTAVO ROMANELLO | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BANKUNITED, N.A. | ) |
| | ) |
|         Defendant. | ) |
| | ) |

**DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

BankUnited, N.A., who is a Defendant in this action, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   (x) Yes      () No

2. Does party have any parent corporations?

   ( ) Yes      (X) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   _____
   _____
   _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   () Yes      (X) No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes        (X) No

If yes, identify entity and nature of interest:

_____
_____

Respectfully Submitted:

This the 24th day of April, 2014

**YATES, MCLAMB & WEYHER, LLP**

/s/ SEAN T. PARTRICK
Sean T. Partrick
North Carolina State Bar No.: 25176
Email: spartrick@ymwlaw.com
*Attorneys for Defendant BankUnited, Inc.*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: 919-835-0900; Fax: 919-835-0910

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:14-CV-00178-H

| | |
|---|---|
| GUSTAVO ROMANELLO | ) |
| | ) |
|        Plaintiff, | ) |
| vs. | ) |
| | ) |
| BANKUNITED, N.A. | ) |
| | ) |
|        Defendant. | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A and I hereby certify that I have mailed the document to the following non CM/ECF Participants:

Gustavo Romanello
5317 Cottage Bluff Lane
Knightdale, NC 27545
*Plaintiff Pro Se*

This the 24th day of April, 2014

**YATES, MCLAMB & WEYHER, LLP**

/s/Sean T. Partrick
SEAN T. PARTRICK
North Carolina State Bar No.: 25176
e-mail: spartrick@ymwlaw.com
*Attorneys for Defendant*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: 919-835-0900; Fax: 919-835-0910