IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:14-CV-00178-H

| | |
|---|---|
| GUSTAVO ROMANELLO, | ) |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT BANKUNITED, N.A.'S** |
| | ) **MOTION TO DISMISS** |
| BANKUNITED, N.A. | ) |
| Defendant, | ) |

Now Comes Defendant BankUnited, NA (BankUnited), by and through its undersigned counsel, and moves the Court to dismiss the claims alleged in the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for Failure to State a Claim upon which relief can be granted. Specifically, Plaintiff's claim under the Fair Credit Reporting Act fails to allege facts sufficient to survive this motion under Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 127 S.Ct. 1955 (2007) and Ascroft v. Iqbal, 556 U.S. 662, 127 S. Ct. 1937 (2009).

This the 19th day of May, 2014

**YATES, MCLAMB & WEYHER, LLP**

/s/Sean T. Partrick
SEAN T. PARTRICK
North Carolina State Bar No.: 25176
e-mail: spartrick@ymwlaw.com
*Attorneys for Defendant*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: 919-835-0900; Fax: 919-835-0910

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:14-CV-00178-H

| | |
|---|---|
| GUSTAVO ROMANELLO, | ) |
|                   Plaintiff, | ) |
| vs. | ) |
| BANKUNITED, N.A. | ) |
|                   Defendant, | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: NONE, and I hereby certify that I have mailed the document to the following non CM/ECF Participants:

Gustavo Romanello
5317 Cottage Bluff Lane
Knightdale, NC 27545
*Plaintiff Pro Se*

This the 19th day of May, 2014

**YATES, MCLAMB & WEYHER, LLP**

/s/Sean T. Partrick
SEAN T. PARTRICK
North Carolina State Bar No.: 25176
e-mail: spartrick@ymwlaw.com
*Attorneys for Defendant*
Post Office Box 2889
Raleigh, North Carolina 27602
Tel: 919-835-0900; Fax: 919-835-0910