UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | | |
|---|---|---|
| Gustavo Romanello | ) | |
| | ) | |
| Vs. | ) | Case No. 5:14 cv 178-H |
| | ) | |
| BankUnited, N.A. | ) | |

PROPOSED ORDER

WHEREAS, this Court has been duly presented with a Motion for Leave to file an Amended Complaint to correct any deficiencies and add another violation found recently, and good cause found, this Court now grants this Order for Leave to file an amended complaint.

IT IS SO ORDERED, this_____day of_____2014.

Honorable Malcolm J. Howard

Judge, United States District Court