UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| GUSTAVO ROMANELLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 5:14-CV-178-H |
| BANKUNITED, N.A. | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**
**This case came before Senior District Judge Malcolm J. Howard for consideration on defendant's motion to dismiss, plaintiff's motion for leave to file amended complaint and defendant's motion to stay discovery.**

**IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's motion for leave to file an amended complaint is GRANTED, defendant's motion to dismiss is GRANTED, and the pending motion to stay discovery is DISMISSED as moot. The Clerk is directed to close this case.**

This Judgment Filed and Entered on October 8, 2014 with service on:
Gustavo Romanello (via US Mail, 5317 Cottage Bluff Ln., Knightdale, NC 27545)
Allison J. Becker (via CM/ECF Notice of Electronic Filing)
Sean T. Patrick (via CM/ECF Notice of Electronic Filing)

JULIE A. RICHARDS, CLERK

/s/ Donna Rudd
(By): Donna Rudd, Deputy Clerk